# Third District Court of Appeal

## State of Florida

Opinion filed February 19, 2025.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D24-1739
Lower Tribunal No. 24-106880-SP-24
_____


**Phillip R. Newberry,**
Appellant,

vs.

**US Road, Inc.,**
Appellee.


An Appeal from the County Court for Miami-Dade County, Lawrence D. King, Judge.

Phillip R. Newberry, in proper person.

No appearance, for appellee.


Before EMAS, SCALES, and MILLER, JJ.

PER CURIAM.

Appellant, Phillip R. Newberry, appeals from a final judgment rendered in favor of appellee, US Road, Inc., in a small claims dispute over damage to his luxury vehicle.  Given the undeveloped record and the findings in the final judgment, we affirm on the authority of Florida Rule of Appellate Procedure 9.315(a).  See id. ("After service of the initial brief[,] . . . the court may summarily affirm the order to be reviewed if the court finds that no preliminary basis for reversal has been demonstrated.").

Affirmed.